JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO GRACIAN LOPEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAINTENANCE SUPPLY HEADQUARTERS, LP, a Delaware limited partnership; LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | **CASE NO. 2:23-cv-05432-SB-AS**<br><br>Hon. Stanley Blumenfeld, Jr., CR 6C<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's Request for Dismissal is granted. Accordingly, this action is dismissed without prejudice. The clerk is directed to close the file.

All dates on the calendar shall be vacated.

**IT IS SO ORDERED.**

**DATED:** July 24, 2023

_____
STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE